# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0821. LEWIS ALAN CARLTON v. THE STATE.

In July 2024, Lewis Alan Carlton petitioned the trial court to modify his sentence by removing the probation requirement that he wear a monitoring device. On October 17, 2024, the trial court entered an order denying the motion. On January 20, 2025, Carlton filed a notice of appeal. We lack jurisdiction.

Pretermitting whether Carlton has a right to a direct appeal, his notice of appeal was untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Carlton's notice of appeal was filed 95 days after entry of the trial court's order.

In his notice of appeal, Carlton contends that he was not notified of the trial court's decision until January 18, 2025. Nonetheless, his notice of appeal was not filed within 30 days of the order, and thus, we do not have jurisdiction over this appeal. See *Ebeling v. State*, 355 Ga. App. 469, 470 (844 SE2d 518) (2020) (dismissing untimely appeal despite appellant acting promptly to file his notice of appeal after receiving the trial court's order). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

If, as Carlton suggests, his right to timely seek appellate review was frustrated due to a trial court error, his remedy is to petition the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    11/21/2025                    *

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*